# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Kings Bay Support Services ) ASBCA Nos. 59213, 59532
)
Under Contract No. N69450-11-D-7578 )

APPEARANCES FOR THE APPELLANT: Thomas R. Krider, Esq.
Howard W. Roth III Esq.
Alix K. Town, Esq.
  Oles Morrison Rinker & Baker LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Rawn M. James, Jr., Esq.
Russell A. Shultis, Esq.
  Senior Trial Attorneys
Stephen L. Bacon, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The appeals have been settled. Accordingly, the above-referenced appeals are hereby dismissed with prejudice.

Dated: September 5, 2018

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59213, 59532, Appeals of Kings Bay Support Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2